# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| MIRIAM PADILLA BALLATE, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | **16-CV-21880-Gayles/Turnoff** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| JUANA M BRICKELL LLC, JUAN P ZAMBOTTI, and JUANA MARCELA ODA MARTY, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:
JUAN P ZAMBOTTI
923 Brickell Avenue
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be ente
the complaint. You also must file your answer or motion with th

**May 25, 2016**



**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| MIRIAM PADILLA BALLATE, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | **16-CV-21880-Gayles/Turnoff** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| JUANA M BRICKELL LLC, JUAN P ZAMBOTTI, and JUANA MARCELA ODA MARTY, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:
JUANA M BRICKELL LLC
c/o Registered Agent, Juana Marcela Oda Marty
923 Brickell Avenue
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33` ``

If you fail to respond, judgment by default will be ente
the complaint. You also must file your answer or motion with th



**SUMMONS**

**May 25, 2016**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

CASE NO.:

| | | |
|---|---|---|
| MIRIAM PADILLA BALLATE, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) ) | **16-CV-21880-Gayles/Turnoff** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JUANA M BRICKELL LLC, JUAN P ZAMBOTTI, and JUANA MARCELA ODA MARTY, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To:
JUANA MARCELA ODA MARTY
923 Brickell Avenue
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entere
the complaint. You also must file your answer or motion with the

**May 25, 2016**



**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court