# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-CV-21880-Gayles/Turnoff

MIRIAM PADILLA BALLATE, and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

JUANA M BRICKELL LLC,
JUAN P ZAMBOTTI, and
JUANA MARCELA ODA MARTY,

    Defendants.

*[handwritten: 6/9/16   4:46 pm   N# 2250]*

## SUMMONS IN A CIVIL ACTION

To:
JUANA MARCELA ODA MARTY
923 Brickell Avenue
Miami, FL 33131

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered the complaint. You also must file your answer or motion with the

**May 25, 2016**

*[handwritten notes: MARIA-Mayer; FTHispr, 5'7, 145, 40, 6k, no glasses; Jose-Bother; MiAlcpe, 5'7, 150, 40, br, no glasses]*

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16CV21880

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JUANA MARCELA ODA MARTY

was received by me on *(date)* 06/01/2016.

☑ I personally served the summons on the individual at *(place)* 923 BRICKELL AVE MIAMI FL 33131 on *(date)* 6/9/16a 4:46pm; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 06/14/2016

*Server's signature*

NEIL VAISELBERG-# 2250
*Printed name and title*

PO BOX 402865 MIAMI BEACH FL33140
305-968-4439
*Server's address*

Additional information regarding attempted service, etc: